U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

v.

HAPHEN CHITSA

Case No. 08-212(RCL)

**ORDER**

**FILED**

JUL 2 2 2008

Clerk, U.S. District and
Bankruptcy Courts

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _22nd_ day of _July 2008_ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _July 22, 2008_ by _Special Agent Eric Tracoski of USSS_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _300 Indiana Ave._ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Chief Judge (~~U.S. Magistrate~~) Lamberth