# WARRANT FOR ARREST

CO-180 (Rev 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO 08-212-RCL / None | MAGIS NO 07-561 / None |
| v. HAPHEN CHITSA | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Haphen Chitsa | |
| DOB:    PDID: None | FILED JUL 22 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE: Indictment Return | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy; Interstate Transportation of Securities Taken by Fraud; First Degree Theft and Criminal Forfeiture

QUASHED
Royce C. Lamberth 7/22/08
U.S.D.J.

RECEIVED WARRANT SECTION 2008 JUL 18 AM 7:40

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18 U.S.C. § 371; 18 U.S.C. § 2314; 22 DC Code §§ 22-3211, 22-3212(a); and 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c)

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE): DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE | DATE ISSUED: JUL 17 2008 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: Melinda L. Pugh | DATE: JUL 17 2008 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE   Yes   No | | OCDETF CASE   Yes   No |

Fid # 1542256