**FILED**
AUG - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 08-212(RCL) |
| v. | : | |
| **HAPHEN CHITSA,** | : | |
| Defendant. | : | |

*Let this be filed*
*Royce C. Lamberth*
*U.S.D.J. 8/1/08*

### STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant Haphen Chitsa agrees and stipulates as follows:

From April 2006 to July 2007 the defendant Chitsa worked in the accounting department at a moving and storage company identified in these proceedings as "S Storage Company," located on Florida Avenue, NW in Washington, D.C. It was Ms. Chitsa job to manage accounts payable, including: handling invoices; paying vendors; and creating checks. As such, she had access to the computer system of S Storage Company and the ability to create vendor accounts. In or about April 2007, defendant Chitsa created a new account under the name of an existing vendor, a transportation company identified in these proceedings as "G/A Transporters," a legitimate transportation company. Ms. Chitsa was able to trick S Storage Company's computer system into recognizing the company as a new vendor and gave the vendor a new account number. Ms. Chitsa used her work computer to create this account.

Thereafter, from sometime before April 11, 2007 to around June 21, 2007, defendant Chitsa used legitimate invoices from G/A Transporters to deceive the accounting system at S Storage Company to generate duplicate checks as if to pay for the invoices, which had already been paid. Ms. Chitsa also generated checks for legitimate invoices from G/A Transporters. During this period of time, in the District of Columbia, Ms. Chitsa generated nine checks, totaling $195,862.73, payable to G/A Transporters written on the bank account of S Storage

Company; some of these checks were for legitimate expenses and some were not.

In the meantime, at some point before April 12, 2007, co-conspirator Teresa White opened a bank account at BB&T bank using the business name "G/A Transporters. Neither Ms. Haphen nor White (or any other co-conspirators) had the authority to open such a bank account.

From about April 12, 2007 to June 22, 2007, defendant Chitsa generated nine fraudulent checks, written on the account of S Storage and payable to G/A Transporters, totaling more than $195,000. Co-conspirator White deposited the checks, withdraw cash, and return some cash to defendant Chitsa. White deposited these checks into the recently-opened G/A Transporters bank account, each time depositing the checks into Maryland branches of BB&T.

In sum, Ms. Chitsa wrongfully obtained property of another, that is, more than $250 worth of S Storage checks made payable to G/A Transporters. At the time she obtained this property, defendant Chitsa intended to deprive S Storage of the money and intended to make use of the money herself and for another persons without authority or right. Ms. Chitsa obtained checks by fraud in the District of Columbia and then transported at least some of the stolen checks across jurisdictional lines from the District of Columbia to the State of Maryland.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: /s/ Virginia Cheatham

VIRGINIA CHEATHAM
Assistant U.S. Attorney
Bar No. 411980
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 8|1|2008

Haphen Chitsa
Defendant

I have discussed this Statement of Offense with my client. I concur with her decision to stipulate to this Statement of Offense.

Date: 8-1-08

Nathan Silver, II, Esq.
Attorney for the Defendant